UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J.P. PARNELL, | ) | CASE NO. CV 97-05759 MRP (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER TO SHOW CAUSE RE SANCTIONS |
| G. GALAZA, Warden, | ) | |
| Respondent. | ) | |

  By Order granting Respondent's Application for Extension of Time to File an Answer to the Petition, Respondent's Answer was due on August 1, 2010. The docket sheet shows that, as late as the date of this Order, Respondent has not filed his Answer. Respondent has failed to comply with the Court's order.

  Accordingly, IT IS ORDERED that within 20 days from the date of this Order, Respondent shall show cause in writing why he should not be sanctioned including but not limited to an order that he pay monetary sanctions for his failure to comply with

///
///
///
///
///

1 the Court's order. The filing of the Answer within 20 days, shall discharge the order to
2 show cause.

4 DATED: August 18, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE