**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>    Petitioner,<br><br>  vs.<br><br>GEORGE GALAZA, WARDEN,<br><br>    Respondent. | CASE NO. CV 97-05759 MRP (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of J.P. PARNELL, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 21, 2011

*Mariana R. Pfaelzer*

———————————————
MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE